UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DENNIS STEFICEK,

        Plaintiff,

                                              **MOTION SCHEDULING ORDER**

   -vs-

                                              01-CV-6511

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

_____

On June 1, 2007, plaintiff filed a motion for attorney's fees. All responding papers relevant to this motion must be filed with the Court by July 12, 2007.

When all papers have been submitted, the Court will review them to determine if argument is necessary and if so, the parties will receive notice of the argument date.

**IT IS SO ORDERED**.

                                              _/s/ David G. Larimer_
                                              DAVID G. LARIMER
                                              UNITED STATES DISTRICT JUDGE

Dated:      June 12, 2007
              Rochester, New York